# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JOHN HOANG CAO,
MIKE LINH PHAM,
PETER THAI HOANG,
  a/k/a "Ti Bo,"
PAUL THIEN HOANG,
  a/k/a "Smoke,"
CHIEU MANH NGUYEN,
SCOTT MONTGOMERY,
HAI MINH HO,
JERRY LEWIS KNIGHT,
PERRY STEAN WILLIAMS,
DUNG PHU NGUYEN,
JASON FENTON,
PHAM DAI TRAN,
  a/k/a "Tran Pham,"
ROBERT HEWITT,
HUY TRAN,
MARSHAL REID BORJA
and
DANG VU NGUYEN,
  a/k/a Daniel Vu Tran

INDICTMENT

3:05CR99/LAC

Mag. 08-48-SCR
(MDLA)

---

**THE GRAND JURY CHARGES:**

### COUNT ONE

That from on or about July 1, 2002, through the date of the return of this

Indictment, in the Northern District of Florida and elsewhere, the defendants,

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP 22 PM 12: 28

FILED

JOHN HOANG CAO,
MIKE LINH PHAM,
PETER THAI HOANG,
a/k/a "Ti Bo,"
PAUL THIEN HOANG,
a/k/a "Smoke,"
CHIEU MANH NGUYEN,
SCOTT MONTGOMERY,
HAI MINH HO,
JERRY LEWIS KNIGHT,
PERRY STEAN WILLIAMS,
DUNG PHU NGUYEN,
JASON FENTON,
PHAM DAI TRAN,
a/k/a "Tran Pham,"
ROBERT HEWITT,
HUY TRAN,
MARSHAL REID BORJA
and
DANG VU NGUYEN,
a/k/a Daniel Vu Tran,

did knowingly and willfully combine, conspire, confederate and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved a mixture and substance containing a detectable amount of 3,4-Methylenedioxy-methamphetamine, commonly known as MDMA or "Ecstasy," and five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (C).

All in violation of Title 21, United States Code, Section 846.

2

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, which count is realleged and incorporated as if more fully set forth herein, the defendants,

JOHN HOANG CAO,
MIKE LINH PHAM,
PETER THAI HOANG,
a/k/a "Ti Bo,"
PAUL THIEN HOANG,
a/k/a "Smoke,"
CHIEU MANH NGUYEN,
SCOTT MONTGOMERY,
HAI MINH HO,
JERRY LEWIS KNIGHT,
PERRY STEAN WILLIAMS,
DUNG PHU NGUYEN,
JASON FENTON,
PHAM DAI TRAN,
a/k/a "Tran Pham,"
ROBERT HEWITT,
HUY TRAN,
MARSHAL REID BORJA
and
DANG VU NGUYEN,
a/k/a Daniel Vu Tran,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

3

A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly, as the result of such violation; and

B.    Property used in any manner or part to commit or to facilitate the commission of such violation.

These properties include, but are not limited to, the following:

1.    Real property believed to have been transferred to and owned by **PERRY STEAN WILLIAMS**, but with record title currently in the name of Old Southern Properties, LLC, commonly known as 250 Lenox Parkway, Pensacola, Florida, lying and being in Escambia County, Florida, and is more particularly described as follows:

> THE SOUTH 79.0 FEET OF LOTS 13 AND 14 AND THE SOUTH 79.0 FEET OF THE WEST 20.0 FEET OF LOT 15, BLOCK 28, BRENTWOOD PARK, AS RECORDED IN PLAT BOOK 1 AT PAGE 11, OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.
>
> PARCEL IDENTIFICATION NUMBER: 461S30-2001-013-028.

2.    Real property in the name of **PERRY STEAN WILLIAMS**, commonly known as 201 Armenia Drive, Pensacola, Florida, lying and being in Escambia County, Florida, and is more particularly described as follows:

> EAST ½ OF LOTS 23 AND 24, BLOCK 33, BRENTWOOD PARK, ACCORDING TO THE MAP OF PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 11, OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.
>
> PARCEL IDENTIFICATION NUMBER: 461S30-2001-023-033.

4

3.      Real property with record title in the name of **SINH V. HOANG and**

**ANN THI HOANG,** commonly known as 4609 St. Nazaire Road, Pensacola, Florida,

lying and being in Escambia County, Florida, and is more particularly described as

follows:

> LOT 4, BLOCK 34, MONTCLAIR, UNIT #4, BEING A PORTION OF
> SECTION 12, TOWNSHIP 2 SOUTH, RANGE 30 WEST, ESCAMBIA
> COUNTY, FLORIDA, ACCORDING TO THE PLAT RECORDED IN
> PLAT BOOK 5 PAGE 88 OF THE PUBLIC RECORDS OF SAID
> COUNTY.

If any of the property subject to forfeiture as a result of any act or omission of the

defendants:

A.      cannot be located upon the exercise of due diligence;

B.      has been transferred or sold to, or deposited with, a third person;

C.      has been placed beyond the jurisdiction of this Court;

D.      has been substantially diminished in value; or

E.      has been co-mingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

5

853(p), to seek forfeiture of any other property of said defendants up to the value of the

above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_9/22/2005_
DATE

GREGORY R. MILLER
United States Attorney

THOMAS P. SWAIM
Assistant United States Attorney